UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO. 08-20626-BKC-AJC
JUDES S CELESTIN

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 789.59 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 5 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

JUDES S CELESTIN
1121 NE 202 STREET
MIAMI, FL 33179

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   08-20626-BKC-AJC
JUDES S CELESTIN

CHAPTER 13

JUDES S CELESTIN

1121 NE 202 STREET
MIAMI, FL 33179


MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

SPECIALIZED LOAN SERVICING      ---------$          646.99
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129                    *Refused Claim Register 2-1*

SPECIALIZED LOAN SERVICING      ---------$          142.60
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129                    *Refused Claim Register 2-1*

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130